Case Number: 18- CV - 06867          (DLI) (PK)

# PROPOSED DISCOVERY PLAN

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | x | | 4/10/19 |
| 2. Rule 26(a)(1) disclosures exchanged | x | | 4/22/19 |
| 3. Requests made: | x | | |
|     a. Medical records authorization | x | | 4/22/19 |
|     b. Section 160.50 releases for arrest records | | x | |
|     c. Identification of John Doe/Jane Doe defendants | | x | |
|     d. Proposed Stipulation of Confidentiality | | x | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | Conferenced on 4/10/2019. |
| **B. SETTLEMENT** | | | |
| 1. Plaintiff to make settlement demand | x | | 4/22/19 |
| 2. Defendant to make settlement offer | | | 7/17/19 |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | x | |
| 4. Settlement Conference (proposed date) | | | 9/18/19 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 7/19/19 |
| 2. Initial documents requests and interrogatories | | | 5/22/19 |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 1/17/20 |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 1/24/20 |
| 5. Expert discovery (only if needed)  _Check here if not applicable_ ☐ | | | |

Rev. 9-14-18

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| Plaintiff expert proposed field of expertise: | | | | |
| Defendant expert proposed field of expertise: | | | | |
| a. Case-in-chief expert report due | | | | 3/11/20 |
| b. Rebuttal expert report due | | | | 4/15/20 |
| c. Depositions of experts to be completed | | | | 6/5/20 |
| 6. Completion of ALL DISCOVERY | | | | 6/5/20 |
| 7. Joint status report certifying close of all discovery and indicating whether dispositive motion is anticipated | | | | 6/12/20 |
| 8. If District Judge requires Pre-Motion Conference, date to make request | | | | 6/19/20 |
| 9. If District Judge does not require Pre-Motion Conference, date to submit briefing schedule | | | X | |
| 10. Joint Pre-Trial Order due (if no dispositive motion filed) | | | | 7/15/20 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☐☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☐☒ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |
| 2. Motion for Rule 23 class certification | | X | |
| a. Response due | | X | |
| b. Reply due | | X | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____                    _____
**PEGGY KUO**                                                                    **Date**
United States Magistrate Judge

Rev. 9-14-18